# EXHIBIT A



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

LSG Sky Chefs North America Solutions, Inc.
Christina Petersen
LSG Group, Sky Chefs, Inc.
6191 North State Highway 161
Irving TX 75038
MSC100299

February 28, 2020

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Item: 2020-72

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| # | Field | Value | |
|---|---|---|---|
| 1. | Entity Served: | LSG Sky Chefs North America Solutions, Inc. | |
| 2. | Title of Action: | Dom Price & India Price vs. American Airlines, Inc. a/k/a American Airlines; Et Al. | |
| 3. | Document(s) Served: | Service Cover Sheet<br>Civil Cover Sheet<br>Notice to Defend<br>Praecipe for Writ of Summons | |
| 4. | Court/Agency: | Philadelphia County Common Pleas Court | |
| 5. | State Served: | Pennsylvania | |
| 6. | Case Number: | 200202064 | |
| 7. | Case Type: | Personal Injury | |
| 8. | Method of Service: | Hand Delivered | |
| 9. | Date Received: | Thursday 02/27/2020 | |
| 10. | Date to Client: | Friday 02/28/2020 | |
| 11. | # Days When Answer Due: Answer Due Date: | 20<br>Wednesday 03/18/2020 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | Sop Sender:<br>(Name, City, State, and Phone Number) | Kevin B. Steinberg<br>Doylestown, PA<br>267-480-9449 | |
| 13. | Shipped To Client By: | Email Only with PDF Link | |
| 14. | Tracking Number: | | |
| 15. | Handled By: | 391 | |
| 16. | Notes: | Also Attached:<br>* Writ of Summons; Etc. | |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

# SHERIFF'S OFFICE OF ERIE COUNTY

**JOHN T. LOOMIS**
*Sheriff*

**CHRIS CAMPANELLI**
*Captain*

**JEFFREY GUILD**
*Chief Deputy*

**WILLIAM FENTON**
*Lieutenant*


FORGED WITH PRIDE

PRICE, DOM & INDIA
vs.
LSG SKY CHEFS NORTH AMERICAN SOLUTIONS, INC. A/K/A LSG SKY CHEFS, INC.

**Case Number**
2020-002064M

## SERVICE COVER SHEET

### Service Details
**Origin:** Philadelphia County

| | |
|---|---|
| Category: | Civil Action - Writ of Summons (WOSM) |
| Manner: | Adult in Charge |
| Notes: | |

Zone:
Expires: 03/18/2020
Warrant:

### Serve To:

| | |
|---|---|
| Name: | LSG SKY CHEFS NORTH AMERICAN SOLU |
| Primary Address: | C/O CORPORATE CREATIONS NETWORK<br>1001 STATE ST SUITE #1400<br>ERIE, PA 16501 |
| Phone: | DOB: |
| Alternate Address: | |
| Phone: | |

### Final Service:

Served: Personally · Adult In Charge · Posted · Other
Adult In Charge:
Relation:
Date:   Time:
Deputy:   Mileage:

### Attorney/Originator:

Name: KBS INJURY LAW GROUP, LLC    Phone:

### Service Attempts:

| Date: | | | | | | |
|---|---|---|---|---|---|---|
| Time: | | | | | | |
| Mileage: | | | | | | |
| Deputy: | | | | | | |

### Service Attempt Notes:

1.
2.
3.
4.
5.
6.

*Sidebar: C/O CORPORATE CREATIONS NETWORK, 1001 STATE ST EXP: 03/18/2020 — 2020-002064M — LSG SKY CHEFS NORTH A*

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

**FEBRUARY 2020**   **002064**

E-Filing Number: 2002039810

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>DOM PRICE | **DEFENDANT'S NAME**<br>AMERICAN AIRLINES, INC., ALIAS: AMERICAN AIRLINES |
| **PLAINTIFF'S ADDRESS**<br>6747 RUTLAND STREET<br>PHILADELPHIA PA 19149 | **DEFENDANT'S ADDRESS**<br>1 SKYVIEW DRIVE, MD 8B501<br>FORT WORTH TX 76155 |
| **PLAINTIFF'S NAME**<br>INDIA PRICE | **DEFENDANT'S NAME**<br>AMERICAN AIRLINES, INC., ALIAS: AMERICAN AIRLINES |
| **PLAINTIFF'S ADDRESS**<br>6747 RUTLAND STREET<br>PHILADELPHIA PA 19149 | **DEFENDANT'S ADDRESS**<br>C/O CT CORPORATION 600 N. 2ND STREET, SUITE 401<br>HARRISBURG PA 17101 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>LSG SKY CHEFS NORTH AMERICA SOLUTIONS, INC., ALIAS: LSG SKY CHEFS, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>6191 N. STATE HIGHWAY 161<br>IRVING TX 75038 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 4 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
20 - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
FEB 18 2020
A. SILIGRINI

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

**TO THE PROTHONOTARY:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DOM PRICE, INDIA PRICE
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>KEVIN B. STEINBERG | ADDRESS<br>259 VETERANS LN<br>SUITE 202<br>DOYLESTOWN PA 1890 |
|---|---|
| PHONE NUMBER<br>(267)480-9449 | FAX NUMBER<br>(267)406-4597 | |
| SUPREME COURT IDENTIFICATION NO.<br>66584 | E-MAIL ADDRESS<br>kbsteinberg@kbsinjurylawgroup.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*KEVIN STEINBERG* | DATE SUBMITTED<br>Tuesday, February 18, 2020, 04:10 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**
1. AMERICAN AIRLINES, INC.
    ALIAS: AMERICAN AIRLINES
    1 SKYVIEW DRIVE, MD 8B501
    FORT WORTH TX 76155
2. AMERICAN AIRLINES, INC.
    ALIAS: AMERICAN AIRLINES
    C/O CT CORPORATION 600 N. 2ND STREET, SUITE 401
    HARRISBURG PA 17101
3. LSG SKY CHEFS NORTH AMERICA SOLUTIONS, INC.
    ALIAS: LSG SKY CHEFS, INC.
    6191 N. STATE HIGHWAY 161
    IRVING TX 75038
4. LSG SKY CHEFS NORTH AMERICA SOLUTIONS, INC.
    ALIAS: LSG SKY CHEFS, INC.
    CORPORATE CREATIONS NETWORK 1001 STATE STREET, #1400
    ERIE PA 16501

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA and Attested by the
COURT OF COMMON PLEAS OF PHILADELPHIA Office of Judicial Records
18 FEB 2020 04:10 pm
E. BALDARI

Dom Price & India Price h/w
vs.
American Airlines, Inc. a/k/a American
LSG Sky Chefs North American Solutions, Inc.
d/b/a LSG Sky Chefs, Inc.

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
1101 Market St., 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6333

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
1101 Market St., 11th Piso
Filadelfia, Pennsylvania 19107
(215) 238-6333

10-284

Case ID: 200202064

PRAECIPE FOR WRIT OF SUMMONS

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | |
|---|---|
| DOM PRICE & INDIA PRICE H/W <br> 6747 RUTLAND STREET <br> PHILADELPHIA, PA 19149 <br><br> Plaintiff(s) Name(s) & Address(es) | **COURT OF COMMON PLEAS** <br> Trial Division <br><br> _____ TERM, 20____ <br><br> NO. _____ |

VS

AMERICAN AIRLINES, INC. A/K/A AMERICAN AIRLINES
1 SKYVIEW DRIVE, MD 8B501
FORT WORTH, TX 76155
(SEE ATTACHED FOR ADD'L DEFS.)

Defendant(s) Name(s) & Address(es)

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

Date: 2-17-2020

*Signature of Attorney or Plaintiff(s)*

KEVIN B. STEINBERG, ESQUIRE
Print Name

259 VETERANS LANE, SUITE 202
Address

DOYLESTOWN, PA 18901

267-480-9449
Phone Number

Case ID: 200202064

**Dom Price v. American Airlines**

**Additional Defendants:**

**American Airlines, Inc. a/k/a American Airlines**
c/o CT Corporation System
600 N. 2nd Street, Suite 401
Harrisburg, PA  17101
and
**LSG Sky Chefs North America Solutions, Inc.**
**d/b/a LSG Sky Chefs, Inc.**
6191 N. State Highway 161
Irving, TX  75038
and
**LSG Sky Chefs North America Solutions, Inc.**
**d/b/a LSG Sky Chefs, Inc.**
c/o Corporate Creations Network, Inc.
1001 State Street, #1400
Erie, PA  16501

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | |
|---|---|
| DOM PRICE & INDIA PRICE, H/W | COURT OF COMMON PLEAS |
| *Plaintiff* | |
| | _____Term, 20_____ |
| vs. | |
| | No._____ |
| AMERICAN AIRLINES, ET AL | |
| *Defendant* | |

To[1]

AMERICAN AIRLINES, INC. A/K/A AMERICAN AIRLINES

LSG SKY CHEFS, INC. A/K/A

LSG SKY CHEFS NORTH AMERICA SOLUTIONS, INC.

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

DOM PRICE AND INDIA PRICE, H/W

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____

[seal: PROTHONOTARY FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, 200202064, 18 FEB 2020 04:10 PM A. SIGRINI]

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 200202064

## Court of Common Pleas

_____ Term, 20 _____

No. _____

DOM PRICE & INDIA PRICE, H/W
*Plaintiff*

vs.

AMERICAN AIRLINES, ET AL
*Defendant*

# SUMMONS

FEB 27 2020

